**Dismissed and Memorandum Opinion filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00129-CV

---

## WOLFE'S CARPET, TILE & REMODELING, LLC, Appellant

## V.

## GARY AND BEVERLY BOURELLE, Appellee

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-69479**

---

### MEMORANDUM OPINION

Appellant filed its notice of appeal on February 22, 2022 from an order signed January 26, 2022. That order was not final. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex.

1992) (orig. proceeding). Appellees, defendants and counter-plaintiffs in the trial court, had outstanding claims pending against appellant at the time the order was signed.

On April 18, 2022, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before April 29, 2022. *See* Tex. R. App. P. 42.3(a). Appellant did not respond.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.